IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WENDELL HANKINS, #1326312 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv557 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION AND
ORDER OF DISMISSAL</u>

Petitioner Wendell Hankins, an inmate confined at the Coffield Unit of the Texas prison system, filed the above-styled and numbered petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was transferred to the undersigned with the consent of the parties pursuant to 28 U.S.C. § 636(c).

The petition concerns a prison disciplinary case for assaulting an officer, Case Number 20060336235. On March 12, 2007, a Report and Recommendation was issued for the disposition of the petition. The parties subsequently submitted the consent documents, and the Petitioner filed objections to the Report and Recommendation. The Court has made a *de novo* review of the objections and is of the opinion that the findings and conclusions contained in the Report and Recommendation are correct and that the objections lack merit, thus the findings and conclusions are hereby adopted. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. It is further

**ORDERED** that a certificate of appealability is **DENIED**.  It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 2nd day of April, 2007.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE